**Robert J. WHEELER, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

**No. ED 87132.**

Missouri Court of Appeals, Eastern District, Division Two.

July 11, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 31, 2006.

Application for Transfer Denied Oct. 31, 2006.

W. Bevis Schock, Clayton, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kathleen R. Robertson, Assistant Attorney General, Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, SR., P.J., GEORGE W. DRAPER III, J., and KENNETH M. ROMINES, J.

## ORDER

PER CURIAM.

Appellant, Robert J. Wheeler, appeals from the judgment of the Circuit Court of the City of St. Louis upholding the suspension of his driving privileges. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b). We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.

Before BRECKENRIDGE, P.J., HOWARD and HOLLIGER, JJ.